DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FUTO CHARLES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1334

[December 17, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 502008CF009440A.

Jonathan E. Jordan of Rier Jordan, P.A., Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***